```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES TYSSELING,

                      **Plaintiff,**            20-CV-10256 (LTS) (SN)

      -against-                               **ORDER**

AMERICAN KENNEL CLUB, INC., et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 4, 2020, Plaintiff filed the Complaint. ECF No. 1. On February 1, 2021, waiver of service was filed as to each of the Defendants; as such, the Defendants were required to Answer or otherwise respond to the Complaint no later than March 29, 2021. ECF Nos. 10, 11, 12. To date, the Defendants have not Answered or otherwise responded to the Complaint.

      Accordingly, the Plaintiff is directed to file a letter with the Court no later than April 9, 2021, indicating whether he intends to move for default or take some other action in the case. The Plaintiff should note that the Honorable Laura T. Swain's individual rules of practice require that a Plaintiff requesting default must file a pre-motion letter directed to Judge Swain.[1]

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      April 5, 2021
                 New York, New York

---

[1] See United States District Court, Southern District of New York, Individual Practices of Judge Laura Taylor Swain, available at https://nysd.uscourts.gov/sites/default/files/practice_documents/LTS%20Swain%20Indiv.%20Rules%20Jan%2019%202021.pdf