USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES TYSSELING,

                **Plaintiff**,

-against-

AMERICAN KENNEL CLUB, INC., et al.,

                **Defendants.**

-----------------------------------------------------------------X

20-CV-10256 (LTS) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On December 4, 2020, Plaintiff filed the Complaint. ECF No. 1. On February 1, 2021, waiver of service was filed as to each of the Defendants; as such, the Defendants were required to Answer or otherwise respond to the Complaint no later than March 29, 2021. ECF Nos. 10, 11, 12. On April 12, 2021, the Court endorsed the parties' Stipulation and Order, providing that the Defendants would answer or otherwise respond to the Complaint no later than May 6, 2021. ECF No. 16. To date, the Defendants have not appeared, answered, or otherwise responded to the Complaint. Accordingly, the Plaintiff is directed to file a letter with the Court no later than May 14, 2021, indicating whether he intends to move for default or to dismiss the case. No further extensions will be provided to the Defendants. Failure to comply with the Court's order may result in dismissal for failure to prosecute, pursuant to Rule 41(b).

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:    New York, New York
                May 11, 2021