UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES TYSSELING,

                                    Plaintiff,

                  -against-

AMERICAN KENNEL CLUB, INC., et al.,

                                    Defendants.

-----------------------------------------------------------------X

20-CV-10256 (LTS)(SN)

**CIVIL CASE MANAGEMENT PLAN & SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2021

**SARAH NETBURN, United States Magistrate Judge:**

      On October 18, 2021, the parties appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

      **Pleadings and Parties**. The parties may move to amend the pleadings or join additional parties until Monday, November 15, 2021. Any motion to amend filed after that date must satisfy the good cause standard of Rule 16(b)(4).

      **Discovery**. All fact discovery shall be completed by Monday, April 18, 2022. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Monday, May 16, 2022. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Monday, June 20, 2022. All expert discovery shall be completed by Monday, July 25, 2022.

      **Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Monday, December 20, 2021. The letter should address any outstanding

discovery disputes. It should also indicate whether the parties wish to schedule a settlement conference.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

**Summary Judgment Motion**. Any summary judgment motion shall be filed, without a pre-motion letter, by Friday, September 9, 2022.

**Trial**. The parties request a jury trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 18, 2021
         New York, New York